IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID BYRON HOPPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. 4:09-cv-1801-RBP-TMP |
| vs. ) | |
| ) | |
| CHERYL PRICE, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## O R D E R

On May 25, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied. The magistrate judge further recommended that petitioner's motion for evidentiary hearing (Doc. #10) and motion for appointment of counsel and evidentiary hearing (Doc. #13) be denied as moot. After being granted an extension of time, the petitioner filed objections to the report and recommendation on June 15, 2010.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE. It is further ORDERED that the petitioner's motion for evidentiary hearing (Doc. #10) and motion for appointment of counsel and evidentiary hearing (Doc. #13) are DENIED as MOOT.

DONE and ORDERED this the 24th day of June, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**